AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1028(a)(4) – Possession of an Identification Document with Intent to Defraud the United States

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum Prison Term: 1 year
Maximum Fine: $100,000
Maximum Term of Supervised Release: 1 Year
Special Assessment: $25

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Customs and Border Patrol, Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70643 EMC

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   WENDY THOMAS

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

07 NOV -8 PM 1:14

**DEFENDANT - U.S.**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

▶ JAVAD RAHEMZADEH

DISTRICT COURT NUMBER

**CR 07 0709 MAG**

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☑ Yes  ☐ No   If "Yes" give date filed 11/6/2007

DATE OF ARREST ▶
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶
Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 NOV -8 PM 1:14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07  0709 MAG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| Plaintiff, ) | VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Possession of an Identification Document or Authentication Feature with Intent to Defraud the United States (Class A Misdemeanor) |
| v. ) | |
| JAVAD RAHEMZADEH, ) a/k/a Mehdi Osia, ) a/k/a John Andreas Sjoquist, ) a/k/a John Abbaszadeh, ) | SAN FRANCISCO VENUE |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

On or about July 10, 2002, in the Northern District of California, the defendant,

JAVAD RAHEMZADEH,
a/k/a Mehdi Osia,
a/k/a John Andreas Sjoquist,
a/k/a John Abbaszadeh,

knowingly possessed an identification document that was not an identification document issued lawfully for his use, to wit: an Iranian birth certificate, numbered 415098, bearing the name Javad Rahemzadeh, which the defendant used in his Application for Naturalization to the United

//

INFORMATION                            Page 1 of 2

States, with the intent that such document be used to defraud the United States, in violation of Title 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor.

DATED: 11/7/2007

SCOTT N. SCHOOLS
United States Attorney

KYLE WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____
WENDY THOMAS
Special Assistant United States Attorney