11/16/2007 02:35 PM EDT

Version 7.0

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

Case No. DCAN307CR000709    US V RAHEMZADEH-APPASZADEH

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | JAVAD RAHEMZADEH-APPASSZADEH | | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 3461012385 | 0 | PR | 1,000.00 | 11/09/2007 |
| 001 | JAVAD RAHEMZADEH-APPASSZADEH | | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 3461012385 | 0 | PR | 25.00 | 11/09/2007 |

Division Payment Total   1,025.00

Grand Total   1,025.00

Page 1 of 1

---

$25.00 SPECIAL ASSESSMENT PAID IN FULL on 11-9-07

$1000.00 FINE PAID IN FULL on 11-9-07